**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

Jerald D. Gaskins, Jr., Respondent,

v.

State of South Carolina, Petitioner.

Appellate Case No. 2025-001072

---

**ON WRIT OF CERTIORARI TO THE COURT OF APPEALS**

---

Appeal from Greenville County
Alex Kinlaw Jr., Post-Conviction Relief Judge

---

Memorandum Opinion No. 2026-MO-005
Heard April 22, 2026 – Filed May 6, 2026

---

**DISMISSED AS IMPROVIDENTLY GRANTED**

---

Attorney General Alan McCrory Wilson, Deputy Attorney General Donald J. Zelenka, and Senior Assistant Deputy Attorney General Melody Jane Brown, all of Columbia, for Petitioner.

Clarence Rauch Wise, of Greenwood, for Respondent.

---

**PER CURIAM:**    We granted a writ of certiorari to review the court of appeals' decision in *Gaskins v. State*, Op. No. 2025-UP-046 (S.C. Ct. App. filed Feb. 5, 2025).  We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**KITTREDGE, C.J., FEW, JAMES, JJ., and Acting Justices Michael Gary Nettles and Debra Ruilova McCaslin, concur.**